**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6894**

KELVIN BROWN, a/k/a Kelvin Demeatrius Brown,
a/k/a Kelvin D. Brown,

Plaintiff - Appellant,

versus

WILLIE J. BAMBERG, Deputy Director, in their
individual and official capacities as
Orangeburg Calhoun Regional Detention Center
employees; HORACE JAMES, Chief, in their
individual and official capacities as
Orangeburg Calhoun Regional Detention Center
employees; JERMAINE DOWNING, in their
individual and official capacities as
Orangeburg Calhoun Regional Detention Center
employees,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Terry L. Wooten, District Judge.
(8:04-cv-22925-TLW)

Submitted:  October 11, 2007        Decided:  October 17, 2007

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kelvin Demeatrius Brown, Appellant Pro Se. Christy Scott Stephens, BOGOSLOW, JONES, STEPHENS & DUFFIE, PA, Walterboro, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Demeatrius Brown appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brown v. Bamberg</u>, No. 8:04-cv-22925-TLW (D.S.C. Mar. 28 & May 22, 2007). We deny Brown's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>